LAW OFFICES OF
GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
1776 BROADWAY, SUITE 2000
NEW YORK, NEW YORK 10019

GERALD B. LEFCOURT
LEFCOURT@LEFCOURTLAW.COM

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

SHERYL E. REICH
REICH@LEFCOURTLAW.COM
FAITH A. FRIEDMAN
FFRIEDMAN@LEFCOURTLAW.COM

March 14, 2022

VIA ECF

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Andrey Kukushkin, et al.*,
S3 19-CR-00725 (JPO)

Dear Judge Oetken:

We write regarding the government's obvious publicity stunt and orchestrated effort to manipulate Mr. Kukushkin's sentencing proceedings. Eighteen months ago, the government indicted Andrey Muraviev for conspiracy to make illegal political contributions and making illegal political contributions, the two offenses for which Mr. Kukushkin was convicted at trial. Since that time nothing has occurred to trigger the unsealing of that indictment. Presumably that is why it has remained sealed, that is until now.

On the eve of Mr. Kukushkin's sentencing and in the face of a compelling sentencing submission and alternative sentencing proposal that would provide for Mr. Kukushkin to continue to be the backbone for a family in crisis and a source of hands-on support for a community in need (and also in crisis), the government unsealed S2, with the fanfare of a press release touting Mr. Muraviev as a "Russian Oligarch", pretending Mr. Correia played no role whatsoever in conduct for which he was indicted, and acting as if the indictment was only recently returned. Clearly, the government is concerned that the defense has convincingly made the case that a non-custodial sentence is sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S.C. § 3553, and is instead trying to orchestrate a media frenzy surrounding Mr. Kukushkin's sentencing in order to influence the outcome to Mr. Kukushkin's detriment.

We are concerned by the government's efforts, something we have never experienced before. While we are prepared to proceed tomorrow as planned, to the extent the Court believes an adjournment of the proceedings is appropriate and warranted, we are amenable to it.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Gerald B. Lefcourt
Gerald B. Lefcourt

cc: All Counsel (via ECF)