UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LEV PARNAS,<br><br>Defendant. | : | **FINAL ORDER OF FORFEITURE**<br><br>S2 19 Cr. 725 (JPO) |

WHEREAS, on or about July 17, 2023, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Asset Order") (D.E. 358), which ordered the forfeiture to the United States of all right, title and interest of LEV PARNAS (the "Defendant") in the following property:

a. $200,000 in United States currency posted by the Defendant in this criminal matter on or about December 6, 2019 and currently on deposit with the Clerk of Court (receipt number 465401249910) (the "Bail Funds"); and

WHEREAS, the Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Asset Order, notice of the United States' intent to dispose of the Bail Funds, and the requirement that any person asserting a legal interest in the Bail Funds must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Bail Funds and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Bail Funds before the United States can have clear title to the Bail Funds;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Bail Funds was posted on an official government internet site (www.forfeiture.gov) beginning on July 22, 2023, for thirty (30) consecutive days, through August 20, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 12, 2026 (D.E. 383);

WHEREAS, on or about August 21, 2023, the Notice of the Substitute Assets Order was sent by Electronic Mail, to the following:

a. Pues Family Trust
c/o Tony Andre
Andre Law Firm, PC
1801 N.E. 123rd Street, Suite 314
North Miami, Florida 33181
andre@andrelaw.com

b. Svetlana Parnas
Lake Wales, Florida

(a. and b., together, the "Noticed Parties");

WHEREAS, on or about May 8, 2023, Pues Family Trust IRA ("Petitioner") filed a verified petition with this Court asserting an interest in the Bail Funds as a judgment creditor of Lev Parnas (the "Petition") (D.E. 354);

WHEREAS, on or about September 28, 2023, the Court entered a Stipulation and Order (D.E. 365) wherein the Petitioner agreed to withdraw the Petition with respect to $125,000

of the Bail Funds (the "Forfeited Funds") and the Government agreed not to seek forfeiture of the remaining $75,000 of the Bail Funds which would be returned to the Petitioner;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no outstanding petitions or claims to contest the forfeiture of the Forfeited Funds have been filed;

WHEREAS, the Defendant, the Noticed Parties, and the Petitioner are the only individuals and/or entities known by the Government to have a potential interest the Forfeited Funds; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeited Funds is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Funds.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeited Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
March 5, 2026

SO ORDERED:

J. PAUL OETKEN
United States District Judge